# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DAMIEN ABNEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1. STATE FARM FIRE AND ) <br> CASUALTY COMPANY, ) <br> ) <br> Defendant. ) | No. CIV-2018-869-M <br><br> *Honorable Vicki Miles-LaGrange* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Damien Abney, and Defendant, State Farm Fire and Casualty Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

*(Signed by Filing Attorney with permission of Plaintiff's Attorney)*

s/ *Stephen K. Newcombe*
Stephen K. Newcombe
steve@newrosslaw.com
**NEWCOMBE, REDMAN, ROSS & NEWCOMBE, P.C.**
513 SW "C" Avenue
Lawton, OK 73501
(580) 355-8000 - Telephone
(580) 355-8007 - Fax
**ATTORNEYS FOR PLAINTIFF,
DAMIEN ABNEY**

                                      *s/ Joseph T. Acquaviva, Jr.*
Joseph T. Acquaviva, Jr.
JTAcqua@wcalaw.com
Zachary K. Housel, OBA #32802
Zach@wcalaw.com
**WILSON, CAIN & ACQUAVIVA**
300 N.W. 13th Street, Suite 100
Oklahoma City, OK   73103
(405) 236-2600 OFFICE
(405) 231-0062 FAX
**ATTORNEYS FOR DEFENDANT,
STATE FARM FIRE AND
CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

    X    I hereby certify that on the 19th day of October, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Stephen K. Newcombe
**NEWCOMBE, REDMAN, ROSS & NEWCOMBE, P.C.**
513 SW "C" Avenue
Lawton, OK 73501
steve@newrosslaw.com
**ATTORNEYS FOR PLAINTIFF**

        I hereby certify that on the _____ day of _____, 2018, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

                                       s/Joseph T. Acquaviva, Jr.
                                         Joseph T. Acquaviva, Jr.
                                         Zachary K. Housel